**Order entered October 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00557-CV

## CHARLES ANTHONY ALLEN SR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. CV99-01573-V

## ORDER

We **GRANT** appellant's motion for extension of time to respond to the Court's question of jurisdiction and **ORDER** the letter brief be filed no later than November 12, 2015. Appellant is cautioned that no further extensions may be granted absent exigent circumstances.

/s/    CRAIG STODDART
JUSTICE